# EXHIBIT   A

**FAIR LABOR STANDARDS ACT EMPLOYMENT SERVICES CONSENT**

Print Name: _Merlin Raymond Price Jr._

1.  I hereby consent to make a claim against _Trinity Operating_
    to pursue my claims of unpaid overtime during the time that I worked with the company.

2.  I designate the law firm and attorneys at JOSEPHSON DUNLAP, LLP and BRUCKNER BURCH PLLC as my attorneys to prosecute and make decisions concerning my wage claims, the manner and method of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

3.  I authorize the law firm and attorneys at JOSEPHSON DUNLAP, LLP and BRUCKNER BURCH PLLC to use this consent to file my claim in a

    separate lawsuit, class/collective action, or arbitration against _Trinity Operating_.

4.  I understand that, by filing this Consent Form, I will be bound by the Judgment of the Court or arbitrator on all issues in this case.

Signature: _Merlin Raymond Price Jr._
Merlin Raymond Price Jr. (Apr 23, 2021 10:10 CDT)

Date Signed: _Apr 23, 2021_