# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| MERLIN PRICE, Individually and For Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TRINITY OPERATING (USG), LLC,<br>　　　　　　Defendant. | Case No. 4:21-cv-03442<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

## RULE 41 STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant stipulate that this lawsuit, and with it all claims against Trinity Operating (USG), LLC, is dismissed without prejudice and that Plaintiff has agreed to submit all of the claims in this lawsuit to arbitration. Plaintiffs and Defendant shall bear their own costs and attorneys' fees. The dismissal shall be effective upon filing.

Respectfully submitted,

By: */s/ Carl A. Fitz*
**Michael A. Josephson**
Texas Bar No. 24014780
**Andrew W. Dunlap**
Texas Bar No. 24078444
**Carl A. Fitz**
Texas Bar No. 24056278
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77005
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
cfitz@mybackwages.com

AND

By: *Ryan J. Swink**
*Signed with permission
**John B. Brown**
Attorney-In-Charge
Texas Bar No. 00793412
Southern District of Texas Bar No. 348718
**Ryan Swink**
State Bar No. 24107940
Southern District of Texas Bar No. 3631019
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
8117 Preston Road, Suite 500
Dallas, Texas 75225
Telephone: (214) 987-3800
Fax: (214) 987-3927
john.brown@ogletree.com

**ATTORNEYS FOR DEFENDANT**

**Richard J. (Rex) Burch**
Texas Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on March 28, 2022.

*/s/ Carl A. Fitz*
Carl A. Fitz